IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHIRLENE G. PACE, ) | |
| ) | |
| Plaintiff, ) | 7:05CV5008 |
| ) | |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | ORDER |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

IT IS ORDERED:

1. The clerk is directed to remove plaintiff's Application and Affidavit for Leave to Proceed in Forma Pauperis, filing 3, from the public docket and file it under seal.

2. The application, filing 3, is granted and plaintiff shall be allowed to proceed without payment of the filing fee.

DATED June 16, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge