```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA
```

SHIRLENE G. PACE,              )
                               )
            Plaintiff,         )          7:05CV5008
                               )
        v.                     )
                               )
JO ANNE B. BARNHART,           )          ORDER
Commissioner of Social         )
Security Administration,       )
                               )
            Defendant.         )

This is a social security appeal.  Now that an answer has been filed and the record deposited with the clerk of the court, this case should be progressed.  Accordingly,

IT IS ORDERED that:

1.   This case shall be resolved as if cross-motions for summary judgment have been filed, and the clerk of the court is directed to make appropriate entries into the court's computer-assisted record keeping system to show on the court's motion list that this case is pending on cross-motions for summary judgment and the following briefing dates have been established;

2.   Plaintiff shall file a brief by January 5, 2006;

3.   Defendant shall file a brief by February 6, 2006;

4.   Plaintiff may file a reply brief by February 21, 2006;

5.   This case shall be ripe for decision on February 27, 2006.

DATED December 6, 2005.

                                   BY THE COURT:

                                   s/ *David L. Piester*
                                   David L. Piester
                                   United States Magistrate Judge