IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHIRLENE G. PACE, | ) | |
| | ) | |
| Plaintiff, | ) | 7:05CV5008 |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | ORDER |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's unopposed motion for time, filing 20, is granted and the date for defendant to respond to plaintiff's brief is extended to March 8, 2006.

DATED this 3rd day of February, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge